No. 71–5827.   Bryant v. United States;

No. 71–5996.   Feggett v. United States; and

No. 71–6050.   Burkhalter v. United States.   C. A. 8th Cir.   Certiorari denied.   Reported below: 451 F. 2d 394.

No. 71–5831.   LeMon v. Mancusi, Correctional Superintendent, et al.   C. A. 2d Cir.   Certiorari denied.

No. 71–5832.   Woodford v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 71–5834.   Fackelman v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 71–5835.   Freeman v. New Jersey.   C. A. 3d Cir. Certiorari denied.

No. 71–5836.   Castaldi v. United States; and

No. 71–5988.   McBride et al. v. United States. C. A. 7th Cir.   Certiorari denied.   Reported below: 453 F. 2d 506.

No. 71–5838.   Hinton v. Rodriguez, Warden.   C. A. 10th Cir.   Certiorari denied.

No. 71–5839.   Freedman v. American Export Isbrandtsen Lines, Inc.   C. A. 3d Cir.   Certiorari denied.

No. 71–5841.   McDaniel v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 71–5842.   Boyd v. United States.   C. A. 5th Cir. Certiorari denied.

No. 71–5843.   Lockett v. Ohio.   Sup. Ct. Ohio. Certiorari denied.